COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:           01-18-00376-CR

Style:                  Oscar Axcel Duron

                      **v.** The State of Texas

Date motion filed:       November 19, 2018

Type of motion:         Second Motion to Extend Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:   Appellant's brief

Is appeal accelerated?       No

If motion to extend time:

      Original due date:                           August 17, 2018

      Number of previous extensions granted:      Current Due date: October 16, 2018

      Date Requested:                   December 6, 2018

Ordered that motion is:

      ☑       Granted in part and dismissed as moot in part

            If document is to be filed, document due: **December 6, 2018**

            ☑    **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

      ☐       Denied

      ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐       Other: _____

Judge's signature:       ___/s/ Terry Jennings_____
                       ☑ Acting individually     ☐ Acting for the Court

Panel consists of      _____

Date:   __November 27, 2018_____